No. 607. MERIDIAN, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *James E. Mitchell* for petitioner. *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for respondent.

No. 626. BARKMAN *v.* CITY OF AKRON ET AL. Supreme Court of Ohio. Certiorari denied. *Rufus L. Thompson* for petitioner. *James V. Barbuto* and *Sal Germano* for respondents.

No. 635. CARPENTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Gordon W. Gerber, Kenneth W. Gemmill* and *P. J. Di Quinzio* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Jones, Gilbert E. Andrews* and *Carolyn R. Just* for respondent.

No. 638. FARRELL ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *James A. Poore* and *Burton Marks* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 648. CLEMMONS ET AL. *v.* CONGRESS OF RACIAL EQUALITY ET AL. C. A. 5th Cir. Certiorari denied. *John V. Parker* and *John F. Ward, Jr.* for petitioners. *Carl Rachlin, Robert Collins, Nils Douglas* and *Floyd McKissick* for respondents.

No. 667. MYERS *v.* MOORE, JUDGE. Supreme Court of Appeals of Virginia. Certiorari denied.